IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TERRY EUGENE WOODS, )
 )
        Plaintiff, )
 )
        v. )    1:05CV00897
 )
STATE OF NORTH CAROLINA, )
DEP'T OF REVENUE, et al., )
 )
        Defendant. )

**O R D E R**

On October 7, 2005, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Petitioner filed a motion to alter or amend the judgment, but since no judgment has been filed, it appears plaintiff is really attempting to file objections to the Recommendation and did so within the time limit prescribed by Section 636.

The Court has reviewed petitioner's objections de novo and finds they do not change the substance of the United States Magistrate Judge's rulings which are affirmed and adopted.

**IT IS THEREFORE ORDERED** that this action is dismissed sua sponte without prejudice.

This the day of September 24, 2007

                                        /s/ N. Carlton Tilley, Jr.
                                    United States District Judge